LAWRENCE G. WASDEN
Attorney General
State of Idaho

MARK A. KUBINSKI
Deputy Attorney General
Chief, Criminal Law Division

L. LaMONT ANDERSON, ISB #3687
Deputy Attorney General
Chief, Capital Litigation Unit
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: (208) 334-4539
Facsimile: (208) 854-8074
E-mail: lamont.anderson@ag.idaho.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD ROSS PIZZUTO, JR., | CASE NO. 1:22-cv-00452-BLW |
| Petitioner, | |
| vs. | NOTICE RE: EXECUTION STATUS |
| TIM RICHARDSON, Warden, Idaho Maximum Security Institution | (**CAPITAL CASE**) |
| Respondent. | |

COMES NOW, Respondent, Tim Richardson ("state"), by and through his attorney, L. LaMont Anderson, Deputy Attorney General, Chief, Capital Litigation Unit, and hereby notifies the Court that today, November 30, 2022, the Director for the Idaho Department of Correction ("IDOC") notified the Board of Correction, the Governor's Office, and the Idaho Attorney General's Office that IDOC does not have the necessary chemicals to carry out the execution of

*NOTICE RE: EXECUTION STATUS - 1*

Petitioner Gerald Ross Pizzuto, Jr., on December 15, 2022. (Appendix A). Execution preparation by IDOC will cease and the death warrant will be allowed to expire.

    DATED this 30th day of November, 2022.

                                                          /s/ L. LaMont Anderson
                                                          L. LaMONT ANDERSON
                                                          Deputy Attorney General
                                                          Chief, Capital Litigation Unit

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or about the 30th day of November, 2022, I caused to be serviced a true and correct copy of the foregoing document by the method indicated below, postage prepaid where applicable, and addressed to the following:

| | |
|---|---|
| Jonah J. Horwitz<br>Federal Defender Services of Idaho<br>702 W. Idaho Street, Suite 900<br>Boise, ID  83702<br>Jonah_Horwitz@fd.org | _____ U.S. Mail<br>_____ Hand Delivery<br>_____ Overnight Mail<br>_____ Facsimile<br>__X__ Electronic Court Filing |
| Deborah A. Czuba<br>Federal Defender Services of Idaho<br>702 W. Idaho Street, Suite 900<br>Boise, ID  83702<br>Deborah_A_Czuba@fd.org | _____ U.S. Mail<br>_____ Hand Delivery<br>_____ Overnight Mail<br>_____ Facsimile<br>__X__ Electronic Court Filing |

*/s/ L. LaMont Anderson*
L. LaMONT ANDERSON
Deputy Attorney General
Chief, Capital Litigation Unit

*NOTICE RE: EXECUTION STATUS - 3*

# APPENDIX A



# IDAHO DEPARTMENT OF CORRECTION

*Protect the public, our staff and those within our custody and supervision*

**BRAD LITTLE**
Governor

**JOSH TEWALT**
Director

---

| | |
|---|---|
| **Date:** | November 30, 2022 |
| **To:** | Board of Correction |
| **From:** | Josh Tewalt, Director |
| **Cc:** | Brady Hall, General Counsel, Office of the Governor |
| | Karin Magnelli, Lead Deputy Attorney General |
| **Re:** | Execution Update |

On November 16, 2022, I received the death warrant from 2nd District Judge Gaskill scheduling the execution date of Mr. Gerald Pizzuto for December 15, 2022. Upon receipt of the warrant, I announced the IDOC's current difficulties securing the chemicals necessary to carry out the execution, and I suspended implementation of SOP 135.02.01.001, Execution Procedures, except for those portions that ensured Mr. Pizzuto's due process rights remain protected. Our efforts to obtain the necessary chemicals have been unsuccessful to date.

While our efforts to secure chemicals remain ongoing, I have no reason to believe our status will change prior to the scheduled execution on December 15, 2022. In my professional judgement, I believe it is in the best interest of justice to allow the death warrant to expire and stand down our execution preparation. While the warrant remains active, Mr. Pizzuto will be housed in a manner consistent with Idaho Code.

There is no more solemn responsibility than implementing capital punishment, and it is a responsibility this agency approaches with the gravity and care it deserves. Consistent with your direction, we will maintain our readiness to carry out this process with professionalism, dignity, and respect for everyone impacted.