# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD ROSS PIZZUTO, JR., <br><br> Petitioner, <br><br> v. <br><br> TIM RICHARDSON, <br><br> Respondent. | Case No. 1:22-cv-00452-BLW <br><br> **CAPITAL CASE** <br><br> **JUDGMENT** |

In accordance with the Memorandum Decision and Order filed on this date, IT IS ORDERED, ADJUDGED, and DECREED that the Petition for Writ of Habeas Corpus is DISMISSED with prejudice, and judgment is entered in favor of Respondent. In addition, this case is hereby ordered closed.

DATED: March 29, 2024

B. Lynn Winmill
U.S. District Court Judge